

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00574-CV

**NOVADAQ TECHNOLOGIES, INC.** and Novadaq Corp.,
Appellants

v.

**LIFECELL CORPORATION**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10718
Honorable Peter A. Sakai, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, appellants' motion to dismiss is GRANTED, and this appeal is DISMISSED. It is ORDERED that costs of appeal are taxed against Appellants Novadaq Technologies, Inc. and Novadaq Corp.

SIGNED October 8, 2014.

_____
Karen Angelini, Justice